IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-472-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LINNETTE RICHARDS and STATE OF NORTH CAROLINA *ex rel.* LINNETTE RICHARDS,<br><br>Plaintiffs,<br><br>vs.<br><br>KARE PARTNERS LLC, COMPREHAB LLC, ADI KHINDARIA and MICHAEL HUCKINS,<br><br>Defendants. | <u>UNDER SEAL</u><br><br>ORDER |

**THIS MATTER** is before the Court on the United States' and State of North Carolina's Notice of Election to Decline Intervention and Motion to Unseal Complaint (Doc. 25). The United States and the State of North Carolina, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and N.C.G.S. § 1-608(b)(4)(b), the Court orders as follows:

**IT IS ORDERED** that,

1. The Complaint (Doc. No. 2), the United States' and the State of North Carolina's Notice of Election to Decline Intervention and Motion to Unseal Complaint (Doc No. 25), and this Order be unsealed;

2. If Relator elects to proceed with this action pursuant to 31 U.S.C. § 3730(c)(3) and/or N.C.G.S. § 1-609(f), Relator shall serve the Complaint on Defendants within ninety days of this Order;

3. All other contents of the Court's file in this action remain under seal and shall not be made public or served upon the Defendants, except for the Complaint, this Order and the Governments' Notice of Election to Decline Intervention and Motion to Unseal Complaint, which the Relator will serve upon the Defendants only after service of the Complaint;

4. The seal be lifted as to all other matters occurring in this action after the date of this Order;

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States and the State of North Carolina, as provided for in 31 U.S.C. § 3730(c)(3) and N.C.G.S. § 1-609(f). The United States and the State of North Carolina may order any deposition transcripts and are entitled to intervene in this action for good cause at any time;

6. The parties shall serve all notices of appeal upon the United States and the State of North Carolina;

7. All orders of this Court shall be sent to the United States and the State of North Carolina; and that

8. Should the Relator or the Defendants move that this action be dismissed or this action is settled or otherwise discontinued, the Court will solicit the written consent of the United States and the State of North Carolina before ruling.

**SO ORDERED**.

Signed: March 31, 2021

David S. Cayer
United States Magistrate Judge