IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-472-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LINNETTE RICHARDS and STATE OF NORTH CAROLINA *ex rel.* LINNETTE RICHARDS,<br><br>    Plaintiffs,<br><br>vs.<br><br>KARE PARTNERS, LLC; COMPREHAB, LLC; ADI KHINDARIA; and MICHAEL HUCKINS,<br><br>    Defendants. | ORDER |

**THIS MATTER** is before the Court on the United States' and State of North Carolina's Notice of Consent to Voluntary Dismissal (Doc. 28). The United States and the State of North Carolina, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and N.C.G.S. § 1-608(b)(4)(b), and having consented to its dismissal, the Court rules as follows:

**IT IS ORDERED** that this case is dismissed without prejudice as to the United States and the State of North Carolina and without prejudice as to the Relator.

**IT IS FURTHER ORDERED** that, consistent with the Court's Order dated March 31, 2021, all other papers filed under seal in this action remain under seal.

**IT IS SO ORDERED**.

Signed: April 28, 2021

_____
Frank D. Whitney
United States District Judge